IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Philip Edward Kay - #099830

_____/

**ORDER TO SHOW CAUSE**

It appearing that Philip Edward Kay has been suspended for 3 years by the Supreme Court of California effective August 13, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Philip Edward Kay
Attorney At Law
736 43rd Ave
San Francisco, CA 94121